UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Frederick Alexander,

                Plaintiff,

CASE NO. **16-cv-03553-MEJ**

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Paul Blanco's Good Car Company
of Oakland,

                Defendant.
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        X    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**

        ☐    Private ADR (*please identify process and provider*)
        _____

_____

The parties agree to hold the ADR session by:

      90 *days from the date of the order referring the case to an ADR process.*

      _____

Dated: August 30, 2016.                         */s/ Mark F. Anderson*
                                                                    Attorney for Plaintiff

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

~~[PROPOSED]~~ **ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: August 31, 2016



When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 2 to Stipulation to ADR in *Alexander v Paul Blanco's Good Car Company,* No. 16-03553 MEJ

*s/ Mark F. Anderson*
Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Ph: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com


*/s/ Alexis Kent*
Alexis Kent
BEYERS COSTIN SIMON
200 Fifth Street, Suite 400, POB 878
Santa Rosa, CA 95402-0878
Ph: 707.547.2000
Fax: 707.526.2746
akent@beyerscostin.com

**FILER ATTESTATION**

      Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: August 30, 2016.

                                                /s/ *Mark F. Anderson*
                                                   Mark F. Anderson